JASON S. PLANCK, Appellant, v SUNY BOARD OF TRUSTEES et al., Respondents.

Submitted August 8, 2005; decided October 25, 2005

Motion, insofar as it seeks leave to appeal as against Schenectady County, dismissed upon the ground that as to that party, the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of TYRONE POWELL, Appellant, v E.F. BERNHARDT, ESQ., as Records Access Appeals Officer, Respondent.

Submitted August 15, 2005; decided October 25, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that dismissed the appeal from Supreme Court's order denying reargument, dismissed upon the ground that such part of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.